# United States Court of Appeals for the Federal Circuit

---

**PARUS HOLDINGS, INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2022-1269, 2022-1270

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00846, IPR2020-00847.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 12, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court