NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

June 14, 2023

**ERRATA**

---

Appeal Nos. 2022-1269, 2022-1270

**PARUS HOLDINGS, INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

Decided: June 12, 2023
Precedential Opinion

---

Please make the following changes:

On page 8, line 8, change "37 C.F.R. § 42.44" to --37 C.F.R. § 42.22--.

On page 8, footnote 2, change "37 C.F.R. § 42.44" to --37 C.F.R. § 42.22--.